UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA,

                Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

24-CV-6680 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 25, 2024, the Court dismissed this action with 30 days' leave to file an amended complaint. On November 25, 2024, the Court received a letter from Plaintiff, dated November 25, 2024, requesting additional time to file an amended pleading. The Court grants Plaintiff's request. Any amended pleading Plaintiff files shall be filed on or before December 27, 2024.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 25, 2024
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                               Chief United States District Judge